ANABELLE G. SAVAGE
P.O. Box 6179
Reno, Nevada  89513
(775) 337-2111

Bankruptcy Trustee

RECEIVED AND FILED
2011 FEB 23 PM 3: 51
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE

SIERRASAGE, LLC.

_____/

CASE NO. 04-50392
CHAPTER 7

**NOTICE OF UNCLAIMED**
**FUNDS PURSUANT TO RULE 3011**

TO:  CLERK, UNITED STATES BANKRUPTCY COURT

FROM:  ANABELLE G. SAVAGE, TRUSTEE

    Pursuant to Rule 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129, Title 28, Section 2042.

| Claim # | Claimant Name and Claimant's Address | Can Number 613300 Amount of Deposit |
|---|---|---|
| S14 | Mark G. Simons<br>71 Washington Street<br>Reno, NV  89503 | $ 3,187.05 |
| S16 | Mark and Kathleen Anderson<br>7130 Island Queen Drive<br>Sparks, NV  89436 | $21,822.56 |

DATED: February 23, 2011

ANABELLE G. SAVAGE, Trustee

**NOTE:**  Title 28, Chapter 129, Section 2042 allows for the withdrawal of dividends that have been deposited into the registry account. Make check payable to Clerk, U.S. Bankruptcy Court.
Revised 6-20-90

(handwritten margin: $ 25,009.61  #98298)